JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT LLC,<br><br>Defendant. | Case No: CV 16-6366-GW(JEMx)<br><br>ORDER APPROVING STIPULATION TO DISMISS ACTION |

ALL PARTIES to the above captioned action having stipulated that the action shall be dismissed in its entirety, and the Court having considered the same,

IT IS ORDER that this action shall be dismissed in its entirety. The dismissal shall be with prejudice as to the claims of Plaintiff Cortney Perez. The dismissal shall be without prejudice as to the claims of the putative class. Each party is to bear its own costs.

Dated: December 22, 2016  _____

Hon. George H. Wu
United States District Judge